Mable Steiner

2420 Seamist Drive #16

Sacramento, CA 95833

(916)646-6597

**FILED**

JUL 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN The United States

Eastern District California

Mable Steiner

    Plaintiff

VS

Verizon Wireless

    Defendant

Verizon Wireless

2:13 - CV - 1457 JAM KJN PS

## COMPLAINT

VZW did not set up work status according to Dr Reddy's orders (three days a week-two to three hours per week) given date of 9/15/2011 by Dr Reddy

VZW denied Long Term Disability on 2/21/2011 after noting I was illegible for LTD on 11/15//2010

VZW stopped temporarily disability and denied permanent disability for a period of time from 12/13/09 to 3/26/13 when permanent disability started again.

VZW fired me on 12/3/2010 after my primary doctor Dr Reddy gave return to his office for elvaluation on 12/15/2010.

VZW failed to provide support for work alternatives and meaniful life activities given by Dr fox psychologist report of 2/23/2011

VZW on 9/30/2011. Met Life denied benefits beyond 10/13/2009 I did not have sugery on my left knee until 10/16/2009 by Dr Schaefer

In 2011 Dr Bray denied left hand carpal tunnel Syndrome as of 4/2011.As of 6/2013 he said Carpel Tunnel Syndrome is industrial and he would re-write his report.

7/19/2013

*Mable Steiner* (signature)

1  Your Name Mable Steiner "Pro SE"
2  Address 2420 Seamist Dr #16
   Sacromento, CA
3  City, State, Zip Code 95833
4  Telephone Number (916) 646-6597
5
6              IN THE UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF CALIFORNIA
8  Your Name, Mable Steiner "Pro Se"
9              Plaintiff,
10 vs. Verizon Wireless       No.
11 Defendant(s),
12             Defendant(s).          **PROOF OF SERVICE**
13 Verizon Wireless          /
14     I, the undersigned, hereby certify that I am over the age of eighteen years and
15 on _____, 20_____, I served a copy of
16 _____,
17 by placing a copy in a postage paid envelope addressed to the person hereinafter listed
18 by depositing said envelope in the United States Mail:
19
20 **(List All Defendants and Addresses Served)**
21
22 I declare under penalty of perjury that the foregoing is true and correct.
23
24                                     _____
25                                                (Signed)
26

Attachment 7