UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABLE STEINER, | No. 2:13-cv-1457-JAM-KJN PS |
| Plaintiff, | |
| v. | |
| VERIZON WIRELESS, | ORDER |
| Defendant. | |

    Plaintiff Mable Steiner, proceeding in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)[1]

    Plaintiff's declaration in support of her application to proceed in forma pauperis states that she has no dependents and that she is receiving worker's compensation payments of $529.00 every two weeks, as well as widow benefits of $1,199.00 per month, which translates to gross income of approximately $28,142.00 per year.[2]  (ECF No. 2.)  Plaintiff also owns a 2006 Buick LaCrosse, which is valued at $6,000.00 and on which she is making car payments.  (Id.)  According to the United States Department of Health and Human Services, the poverty guideline for a person with no dependents (and not residing in Alaska or Hawaii) is $11,490 for 2013.  See

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] ($529.00 x 26 weeks) + ($1,199.00 x 12 months) = $28,142.00

1

http://aspe.hhs.gov/poverty/13poverty.cfm.  Thus, with an annual income of approximately $28,142.00, plaintiff's income is considerably more than 200% of the 2013 poverty guideline.

Presently, a filing fee of $400 is required to commence a civil action in this court.  The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor.  28 U.S.C. § 1915(a)(1).  Here, while the court is sympathetic to the fact that plaintiff does not earn a substantial amount of annual income and has other expenses to pay, plaintiff's declaration nonetheless shows that she earns over 200% of the 2013 poverty guideline.  Thus, plaintiff has made an inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

2.  Within 28 days of this order, plaintiff shall pay the applicable filing fee or file an amended application demonstrating her entitlement to proceed in forma pauperis if she can do so in good faith.  Plaintiff's failure to pay the filing fee or file an amended application by the above deadline will result in a recommendation that plaintiff's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  July 25, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE