Case # 213-CV/1457
JAM KJN PS

1. Mable A. Steiner
2. 2420 Seamist Dr #16
3. Sacramento, CA 95833
4.
5. (916) 646-6597

**FILED**

SEP 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In The United States District Court
Eastern District of California

Mable A. Steiner
   Plaintiff
VS
Defendants in the Complaint
   Defendants
Verizon Wireless

Case # 213-CV-1457 JAM KJN PS

Attachment 8

September 18, 2013

## ADMENDMENT

This is an amendment to the original complaint filed on July 19 2013

## COMPLAINT

I am seeking compensation from Verizon Wireless ( the defendant named in this case)

In the amount of 25 (twenty-five) Million dollars because of discrimination in the violation of my civil rights and my ADA rights by not training me for another position

1. VZW firing me on 12/3/2010 has made my life miserable
2. I am severely depressed according to Dr Fox and Dr Matoni
3. I need a left knee replacement according to Dr. Barad
4. I need surgery on my spine and neck
5. I am no longer able to walk more than 3 blocks without the pain increasing.
6. I can no longer can exercise or play tennis
7. I can't not work for another company
8. My medications that I take makes impossible to drive because of the effects it has on me
9. VZW took away my rights to be gainfully employed by firing me after getting hurt on the job
10. Dr Randall Schaefer accused of over exaggerating the condition of my left knee The MRI after surgery performed by Dr Schaefer showed the same thing prior to surgery showed the same problem with my left knee as it was before surgery.
    Dr Schaefer accused me of ordering a open MRI verses a closed MRI, I don't know the differences regarding MRI's
    He also accused me of wearing 3 inch hills and saying I told him I will never go back to work .
    These statements by Dr Schaefer has hurt my credabilities.
11. VZW issued me a check through Zedgwick in the amount of $14,000.00 and stopped payment on it, because of this I had to file bankruptsy

Signed: Mable Steiner

Date: September 18,2013