Third Amended Complaint

Mable A. Steiner
2420 Seamist Dr #16
Sacramento, CA 95833

FILED
OCT 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In the United State District Court
Eastern District of California

"Third Amended Complaint"

Mable A. Steiner
 Plaintiff
 vs

Verizon Wireless (VAW) LLC
Cellco Partnership / DBA Verizon Wireless

 Defendants

Case # 213-CV-1457 JAM KJN PS

Signed:
Mable Steiner

1

Mable Steiner

2420 Seamist Drive #16

Sacramento, CA 95833

(916)646-6597

"Third Amended Complaint"

IN The United States

Eastern District California


Mable Steiner

    Plaintiff

VS

Verizon Wireless (VAW) LLC

    Defendants Cellco Partnership/DBA Verizon Wireless


VZW did not set up work status according to Dr Reddy's orders (three days a week-two to three hours per week) given date of 9/15/2011 by Dr Reddy

VZW denied Long Term Disability on 2/21/2011 after noting I was illegible for LTD on 11/15//2010

VZW stopped temporarily disability and denied permanent disability for a period of time from 12/13/09 to 3/26/13 when permanent disability started again.

VZW fired me on 12/3/2010 after my primary doctor Dr Reddy gave return to his office for elvaluation on 12/15/2010.

VZW failed to provide support for work alternatives and meaniful life activities given by Dr fox psychologist report of 2/23/2011

VZW on 9/30/2011. Met Life denied benefits beyond 10/13/2009 I did not have sugery on my left knee until 10/16/2009 by Dr Schaefer

In 2011 Dr Bray denied left hand carpal tunnel Syndrome as of 4/2011. As of 6/2013 he said Carpel Tunnel Syndrome is industrial and he would re-write his report.

"Third Amended Complaint"

I am seeking compensation from Verizon Wireless (VAWS LLC the defendant named in this case) CeLLCO Partnership/ааVerizon Wireless In the amount of 25 (twenty-five) Million dollars because of discrimination in the violation of my civil rights and my ADA rights by not training me for another position

1. VZW firing me on 12/3/2010 has made my life miserable.
2. I am severely depressed according to Dr Fox and Dr Matoni
3. I need a left knee replacement according to Dr. Barad
4. I need surgery on my spine and neck
5. I am no longer able to walk more than 3 blocks without the pain increasing.
6. I can no longer can exercise or play tennis
7. I can't not work for another company
8. My medications that I take makes impossible to drive because of the effects it has on me
9. VZW took away my rights to be gainfully employed by firing me after getting hurt on the job
10. Dr Randall Schaefer accused of over exaggerating the condition of my left knee The MRI after surgery performed by Dr Schaefer showed the same thing prior to surgery showed the same problem with my left knee as it was before surgery.
    Dr Schaefer accused me of ordering a open MRI verses a closed MRI, I don't know the differences regarding MRI's
    He also accused me of wearing 3 inch hills and saying I told him I will never go back to work.
    These statements by Dr Schaefer has hurt my credabilities.
11. VZW issued me a check through Zedgwick in the amount of $14,000.00 and stopped payment on it, because of this I had to file bankruptsy
12. Terri Decker who works for VZW in Human Resources in Rancho Cordova, CA Told me that VZW don't care if I am receiving Work Comp They are going to fire me anyway
13. I am asking for a jury Trial

Signed: Mable Steiner

Mable Steiner

Date: September 18, 2013

Case # 2:13-CV-1457 JAM KJN PS