UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABLE STEINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON WIRELESS,<br><br>　　　　Defendant. | No. 2:13-cv-1457-KJN PS<br><br><br><br>ORDER |

    On May 14, 2014, the court granted defendant Verizon Wireless's motion to dismiss plaintiff Mable Steiner's fifth amended complaint, and dismissed the action with prejudice. (ECF No. 40.) Thereafter, on June 12, 2014, plaintiff filed a notice of appeal (ECF No. 43), as well as a motion to proceed in forma pauperis on appeal. (ECF No. 44.)

    Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an objective one. Coppedge v. United States, 369 U.S. 438, 445 (1962). A plaintiff satisfies the "good faith" requirement if he or she seeks review of any issue that is "not frivolous." Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

////

1

1  For the reasons stated in the court's May 14, 2014 order, the court finds that the instant
2  appeal is frivolous.  Despite having been provided with fair notice of the deficiencies of her
3  claims and several opportunities to amend her complaint, plaintiff failed to state a claim upon
4  which relief could be granted.  The court thus certifies that plaintiff's appeal is not taken in good
5  faith.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 44) is denied.
8  2.  The Clerk of Court is directed to serve a copy of this order on plaintiff and on the
9  Ninth Circuit Court of Appeals.
10  IT IS SO ORDERED.
11  Dated:  June 16, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE